UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG MICHAEL BINGERT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 26-3340 (TJK) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the United States of America by and through undersigned counsel, respectfully moves for a sixty-day extension, from November 30, 2026 to and including January 29, 2027, of the deadline to respond to the complaint.

1. On September 24, 2026, Plaintiff filed this Federal Tort Claims Act complaint. *See generally* Compl., ECF No. 1.

2. On October 6, 2025, the U.S. Attorney's Office received the complaint. Return of Service Aff., ECF No. 7. Defendant's response to the complaint is due on November 30, 2026. *Id.*

3. On November 25, 2026, undersigned counsel emailed Plaintiffs, through counsel, to request Plaintiffs' position on Defendant's request for an extension. Plaintiffs do not object to Defendant's request.

4. Good cause exists for this extension because Defendant requires additional time to prepare a response to the complaint. On November 13, 2026, a close family member of undersigned counsel suddenly fell ill and, late in the evening of November 19, 2026, undersigned counsel's close family member unexpectedly died. This illness and death and attendant

responsibilities have impeded counsel's ability to work on this matter and other upcoming deadlines. Undersigned counsel requires additional time to prepare a response and allow sufficient time for review by the relevant agencies including the U.S. Capitol Police, Washington D.C. Metropolitan Police, the Department of Justice and the Federal Bureau of Investigation as well as pursuant to Department of Justice procedures. The requested extension also takes into account other deadlines in the undersigned's schedule during the requested extension period. This extension will allow undersigned counsel to present a fulsome and complete response while managing his caseload and other deadlines.

5. Granting this motion will not significantly impact the progress of this case. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

6. This is Defendant's first request to extend this deadline.

7. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiff and Plaintiff does not object.

Defendant respectfully request the Court extend the deadline for Defendant to respond to the complaint by sixty days, to and including January 29, 2027. A proposed order is submitted herewith.

Dated: November 25, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin W. Owen*

BENJAMIN W. OWEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899

Benjamin.Owen@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG MICHAEL BINGERT, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 26-3340 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that Defendant shall respond to the complaint by January 29, 2027.

SO ORDERED:

______________________
Dated

______________________
TIMOTHY J. KELLY
United States District Judge